UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00311-MR

| | |
|---|---|
| TEVIN PATTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| LARRY SHIELDS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Manually File Video Exhibit. [Doc. 32].

For the reasons stated in Defendant's motion,

**IT IS HEREBY ORDERED** that Defendant's motion [Doc. 32] is **GRANTED.** Defendant shall mail the Exhibit to the following address for docketing and transmission to PSLC1:

U.S. District Court, Asheville Division
Western District of North Carolina
100 Otis Street, Room 309
Asheville, NC 28801

**IT IS FURTHER ORDERED** that within ten (10) days of this Order Defendant shall make a copy of the Exhibit available for viewing by Plaintiff through the staff at the facility at which Plaintiff is currently housed if the video has not been previously made available to Plaintiff for viewing.

**IT IS SO ORDERED**.

Signed: November 9, 2022

Martin Reidinger
Chief United States District Judge